Russell Holmstrom and Victoria I. Bischoff, Appellants, v. John A. Maguire and Others, Respondents.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Morris Iser, Respondent, v. Meyer Hurwitz, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, May fifteenth (for which day the case is set down) and that appellant serve his briefs on or before May sixth and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of Edward A. Hadden, Appellant, for a Prohibition Order against George W. Smyth, Judge of the Children's Court, Westchester County, and Mary Dawley Hadden, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Examination of David Kopelowitz and Fannie Kopelowitz, Appellants, Pursuant to Sections 295 and 296 of the Civil Practice Act and Rules 122 and 123 of the Rules of Civil Practice. Nesel Coal & Ice Co., Inc., Respondent.— Motion to dispense with printing Exhibit 2 in case on appeal granted on consent. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Examination of David Kopelowitz and Fannie Kopelowitz, Appellants, Pursuant to Sections 295 and 296 of the Civil Practice Act and Rules 122 and 123 of the Rules of Civil Practice. Nesel Coal & Ice Co., Inc., Respondent.— Motion for stay pending appeal granted upon condition that the undertaking be increased to the sum of $1,500 and filed within five days from the entry of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of Supplementary Proceedings: Robert Krauss Flooring Co., Inc., Respondent, v. Kasal Realty Corporation and Arnold Albert, Appellants.— Motion for stay granted upon condition that within five days from the entry of the order herein appellants furnish an undertaking with corporate surety in the sum of $500; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of Harold A. Leschinsky, Appellant, v. George W. Martin and Others, Comprising the Board of County Judges of Kings County, Respondents.— Motion for leave to omit certain evidence from the printed record denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of Thomas Vitelli, Appellant, as Administrator, etc., of Rose or Rosa Vitelli, etc., Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by Marianino Giordano, Respondent.— Motion to add appeal to the May term calendar granted and case ordered placed at the foot of the calendar. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of Thomas Vitelli, Appellant, as Administrator, etc., of Rose or Rosa Vitelli, etc., Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by Marianino Giordano, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of Frederic L. Wilson for the Probate of the